No. 92.—ISAIAH SIMPSON, *et al.* plaintiffs in error, *vs.* WILLIAM H. PERRY, defendant in error.

[1.] Where the Jury, in an action of trespass against two joint trespassers, returned the following verdict: " We the Jury, find Simpson $150, and Edwards, $100, and all the costs to be paid by Simpson and Edwards, and fifty dollars damage to be paid by Simpson." *Held,* that the legal effect of the verdict was, that the Jury intended to find two hundred dollars damages against Simpson, the principal trespasser, and that a joint judgment should be entered against both defendants for that amount, and a remittition entered as to the one hundred dollars found against Edwards.

Trespass, in Cherokee Superior Court. Tried before Judge JOHN H. LUMPKIN, February Term, 1851.

This was an action brought by William H. Perry against Isaiah Simpson and Stephen Edwards, for assault and battery.

The verdict of the Jury was as follows :   " We the Jury, find Simpson, $150, and Edwards, $100, and all the costs to be paid by Simpson and Edwards, and fifty dollars damages to be paid by Simpson."

This verdict was returned to the Clerk during the recess of Court, and the Jury dispersed.

Before the verdict was recorded, the Court permitted plaintiff to take an order to amend it, and it was amended to read, " We the Jury, find for the plaintiff, three hundred dollars, with costs of suit," which the Court directed the Foreman of the Jury to sign, and the former verdict was expunged from the declaration ; the Court holding that the verdict as amended only expressed in proper form, the intention of the Jury as manifested by the verdict which they returned.

To which action and order of the Court, defendants excepted.

BROWN, for plaintiff in error.

HANSELL, for defendant in error.

*By the Court.*—WARNER, J. delivering the opinion.

[1.] The only question made by the record in this case is, as to the legal effect of the verdict returned by the Jury.

The defendants were sued *jointly*, as trespassers, for an assault and battery. The evidence in the record shows, that Simpson was the principal trespasser. The verdict is in the following words and figures : " We the Jury, find Simpson, $150, and Edwards, $100, and all the costs to be paid by Simpson and Edwards, and fifty dollars damages to be paid by Simpson."

The rule is, in an action for a *joint tort* against several defendants, that the Jury are to assess damages against all the defendants *jointly*, according to the amount which in their judgment, the most culpable of the defendants ought to pay. 2 *Greenleaf's Ev.* §277.

The Court below ordered the verdict to be. amended so as to find three hundred dollars jointly against both defendants. In this ruling we think the Court erred in its judgment. The highest amount which the Jury intended to find against Simpson, was two hundred dollars. This intention is manifested by adding the $150,00, and the fifty dollars damages together. Simpson being the most culpable, the Jury intended he should pay the most ; but there is nothing in the verdict which shows they intended he should pay more than two hundred dollars. The one hundred dollars which the Jury intended to find against Edwards alone, ought not to have been charged against Simpson by the verdict, for the reason, it does not appear the Jury intended to find so much as three hundred dollars against him. The judgment of the Court below must be reversed, and the verdict amended, so as to find two hundred dollars against the defendants *jointly*, and enter a remittition as to the one hundred dollars found against Edwards.